UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
TIMOTHY J ZYCH § Case No. 11-30024
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joji Takada_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-30024 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY J ZYCH | | | | Date Filed (f) or Converted (c): | 07/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2011 |
| For Period Ending: | 09/06/2012 | | | | Claims Bar Date: | 02/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 805 DIAMOND HEAD EAST, SHOREWOOD, ILLINOIS 60404 | 360,000.00 | 51,500.00 | | 0.00 | FA |
| 2. CASH | 80.00 | 80.00 | DA | 0.00 | FA |
| 3. FIRST FEDERAL SAVINGS BANK CHECKING ACCOUNT NO. | 12.17 | 12.17 | DA | 0.00 | FA |
| 4. CHASE CHECKING ACCOUNT NO. ENDING 8585 (JOINT AC | 3,106.96 | 106.96 | DA | 0.00 | FA |
| 5. CHASE SAVINGS ACCOUNT NO. ENDING 4172 (JOINT ACC | 116.12 | 116.12 | DA | 0.00 | FA |
| 6. CHASE UTMA SAVINGS ACCOUNT NO. ENDING 8591 (DEBT | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. CHASE HIGH SCHOOL CHECKING ACCOUNT NO. ENDING 80 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. IDES UNEMPLOYMENT DEBIT ACCOUNT | 902.00 | 902.00 | DA | 0.00 | FA |
| 9. TV, DESK, COMPUTER, DRESSER, BED, END TABLE, LOV | 1,600.00 | 600.00 | DA | 0.00 | FA |
| 10. NECESSARY WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING RING | 300.00 | 300.00 | DA | 0.00 | FA |
| 12. WEIGHT SET, TREADMILL, GOLF CLUBS | 200.00 | 200.00 | DA | 0.00 | FA |
| 13. PRUDENTIAL UNIVERSAL LIFE INSURANCE POLICY NO. X | 20,252.78 | 0.00 | | 0.00 | FA |
| 14. PRUDENTIAL TERM LIFE INSURANCE POLICY ACCOUNT NO | 0.00 | 0.00 | | 0.00 | FA |
| 15. PRUDENTIAL IRA ANNUITY ACCOUNT NO. XXXX0308 | 48,055.76 | 0.00 | | 0.00 | FA |
| 16. PRUDENTIAL IRA ACCOUNT NO. XXXXXXX0290 | 19,515.04 | 0.00 | | 0.00 | FA |
| 17. FITNESS ENTERPRISES 401K | 1,540.93 | 0.00 | | 0.00 | FA |
| 18. FITNESS ENTERPRISES, INC. - (SHAREHOLDER'S INTER | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. FITNESS CONCEPTS, LLC (50% MEMBERSHIP INTEREST) | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. PROMISSORY NOTE DATED 3/1/2009 FROM TEAM IMPACT, | Unknown | 30,000.00 | | 3,000.00 | FA |
| 21. 1996 FORD E150 VAN | 1,542.00 | 0.00 | | 0.00 | FA |
| 22. 1/2 TIME SHARE INTEREST AT WESTGATE SMOKY MOUNTA | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 23. BLUEGREEN RESORTS/SOLARA SURFSIDE TIMESHARE (JOI | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $459,823.76 | $84,817.25 | | $3,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/21/11--Telephone conference with Z. Zielinski re: demand letter on promissory note.
11/01/11--Received offer to settle claim for $3,000.00.
11/07/11--Telephone conference with R. Larson re: acceptance of settlement offer of $3,000.00; Debtor requests 60 days for payment
011112--Received partial payment ($2000.00) of settlement amount

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 20 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 21 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 22 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 23 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 07/22/2013     Current Projected Date of Final Report (TFR): 07/22/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-30024  
Case Name: TIMOTHY J ZYCH  
Taxpayer ID No: XX-XXX4749  
For Period Ending: 09/06/2012  

Trustee Name: Joji Takada  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX6065  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/12 | 20 | Richard D. Larson Trust Account 363 E. Lincoln Hwy, Suite FDekalb, IL 60115 | Partial payment ($2000.00) of $3000.00 settlement re: $30000.00 note DEPOSIT CHECK #1488 | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,975.00 |
| 02/14/12 | | Transfer to Acct # xxxxxx5767 | Transfer of Funds | 9999-000 | | $1,975.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,000.00 | $2,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $1,975.00 |
| Subtotal | $2,000.00 | $25.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,000.00 | $25.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $2,000.00    $2,000.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-30024 | Trustee Name: Joji Takada |
| Case Name: TIMOTHY J ZYCH | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5767 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4749 | Blanket Bond (per case limit): |
| For Period Ending: 09/06/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/12 | | Transfer from Acct # xxxxxx6065 | Transfer of Funds | 9999-000 | $1,975.00 | | $1,975.00 |
| 04/13/12 | 20 | Richard D. Larson 111 East Elm Street Sycamore, Illinois 60178 | Proceeds from sale Settlement of personal guaranty on business note | 1129-000 | $1,000.00 | | $2,975.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,975.00 | $0.00 |
| Less: Bank Transfers/CD's | $1,975.00 | $0.00 |
| Subtotal | $1,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:    $2,975.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5767 - Checking Account | $1,000.00 | $0.00 | $2,975.00 |
| XXXXXX6065 - Checking Account | $2,000.00 | $25.00 | $0.00 |
| | $3,000.00 | $25.00 | $2,975.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-30024-BWB  
Debtor Name: TIMOTHY J ZYCH  
Claims Bar Date: 2/1/2012  

Date: September 6, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $750.00 | $750.00 |
| 1 300 7100 | Discover Bank c/o DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $2,660.72 | $3,189.25 | $3,189.25 |
| 2 300 7100 | FIA Card Services N. A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $2,064.67 | $2,100.66 | $2,100.66 |
| 3 300 7100 | Great America Leasing<br>PO Box 609<br>Cedar Rapids, IA 52406 | Unsecured | | $0.00 | $15,840.15 | $15,840.15 |
| 4 300 7100 | Costellos Health Dist<br>c/o Rosman<br>POB 1247<br>North Brook, IL 60065 | Unsecured | | $0.00 | $1,575.74 | $1,575.74 |
| 5 300 7100 | BMO Harris Bank N. A. f/k/a Harris N. A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Unsecured | | $3,344,568.15 | $3,530,658.18 | $3,530,658.18 |
| 6 300 7100 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | | $8,390.44 | $8,706.59 | $8,706.59 |
| 7 300 7100 | Paychex<br>c/o Paul Webb<br>1175 John St<br>West Henrietta, NY 14586 | Unsecured | | $426.29 | $664.71 | $664.71 |
| | Case Totals | | | $3,358,110.27 | $3,563,485.28 | $3,563,485.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-30024
Case Name: TIMOTHY J ZYCH
Trustee Name: Joji Takada

| Balance on hand | $ |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |

| Total to be paid for chapter 7 administrative expenses | $_____ |
| Remaining Balance | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank c/o DB Servicing Corporation | $ | $ | $ |
| 2 | FIA Card Services N. A. | $ | $ | $ |
| 3 | Great America Leasing | $ | $ | $ |
| 4 | Costellos Health Dist | $ | $ | $ |
| 5 | BMO Harris Bank N. A. f/k/a Harris N. A. | $ | $ | $ |
| 6 | PNC BANK | $ | $ | $ |
| 7 | Paychex | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE