**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISON**

In re:                                    §   Case No. 11-30024
TIMOTHY J ZYCH                            §   Chapter 7
                                          §
            Debtor(s)                     §
                                          §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of the Court
   219 South Dearborn
   Chicago, Illinois

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

   A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 11/2/2012 in Courtroom 201,
   United States Courthouse
   Will County Court Annex Building
   57 North Ottawa Street, Suite 201
   Joliet, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/3/2012                By:   Joji Takada
                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, IL  60646

**UST Form 101-7-NFR(7/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
§ 
TIMOTHY J ZYCH § Case No. 11-30024
§ 
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 3,000.00 |
| and approved disbursements of | $ 25.00 |
| leaving a balance on hand of[1] | $ 2,975.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 0.00 | $ 0.00 | $ 750.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 750.00 |
| Remaining Balance | | | $ 2,225.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,562,735.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank c/o DB Servicing Corporation | $ 3,189.25 | $ 0.00 | $ 1.99 |
| 2 | FIA Card Services N. A. | $ 2,100.66 | $ 0.00 | $ 1.31 |
| 3 | Great America Leasing | $ 15,840.15 | $ 0.00 | $ 9.89 |
| 4 | Costellos Health Dist | $ 1,575.74 | $ 0.00 | $ 0.98 |
| 5 | BMO Harris Bank N. A. f/k/a Harris N. A. | $ 3,530,658.18 | $ 0.00 | $ 2,204.97 |
| 6 | PNC BANK | $ 8,706.59 | $ 0.00 | $ 5.44 |
| 7 | Paychex | $ 664.71 | $ 0.00 | $ 0.42 |

Total to be paid to timely general unsecured creditors     $     2,225.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, IL  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-30024-BWB
Timothy J Zych                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mrahmoun              Page 1 of 4                Date Rcvd: Oct 04, 2012
                               Form ID: pdf006             Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2012.
```
db         +Timothy J Zych,    805 Diamond Head East,    Shorewood, IL 60404-8130
17574202   +ABC Financial Services, Inc.,    PO Box 6800,    Sherwood, AR 72124-6800
17574211   +ASF International,    640 Plaza Drive #300,    Highlands Ranch, CO 80129-2399
17574213   #AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
17574212    AT&T,   P.O. Box 8212,    Aurora, IL 60572-8212
17574203   +Accord Creditor Services, LLC,    PO Box 10002,    Newnan, GA 30271-0002
17574204   +Advanced Family Dental Joliet,    2241 Theodore St.,    Crest Hill, IL 60403-1881
17574208   +Aldo Apponi,    4139 E. Calle Cambujo,    Tucson, AZ 85712-6404
17574249   +Amanda Kosieniak,    542 Fair Meadows Drive #202,    Romeoville, IL 60446-4953
17574205   #+American Fitness Wholesalers Chicago,    1130 Howard Street,    Elk Grove Village, IL 60007-2210
17574206   +American Recover Service, Inc.,    555 St. Charles Drive, Suite 100,
             Thousand Oaks, CA 91360-3983
17574207   +Apex Fitness Group,    PO Box 31001-1380,    Pasadena, CA 91110-0001
17574209   +Aqua Pure Enterprises, Inc.,    1404 Joliet Rd., Suite A,    Romeoville, IL 60446-4410
17574210   +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
18361253   +BMO Harris Bank N.A. f/k/a Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4014
17574215   +Bank of America,    PO Box 982238,    El Paso, TX 79998-2238
17574216   +Blockbuster Legal Dept,    3000 N Redbud Blvd,    McKinney TX 75069-8228
17574217   +Bluegreen Resorts Management,    4960 Conference Way, Suite 100,    Boca Raton, FL 33431-4413
17574219    Chapman & Cutler LLP,    111 West Monroe Street,    Chicago, IL 60603-4080
17574220   +Charlies Center Condo Assoc.,    2701 Black Road, Suite 202,    Joliet, IL 60435-8412
17574223   +Colson Services Corp.,    PO Box 54,    Bowling Green Station,    New York, NY 10274-0054
18249672   +Costellos Health Dist,    c/o Rosman,    POB 1247,    North Brook, IL 60065-1247
17574226   +Credit Protection Association LP,    13355 Noel Road,    Dallas, TX 75240-6837
17574227   +Crescent Electric Supply Company,    PO Box 500,    East Dubuque, IL 61025-4418
17574232   +DMX, Inc.,    1703 West Fifth Street, Suite 600,    Austin, TX 78703-4894
17574234   +DW-Bolingbrook LLC,    900 Chicago Avenue, Suite 100,    Evanston, IL 60202-4557
17574228   +DexOne,    Attn: Client Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
17574230    DirecTV, Inc.,    Business Service Center,    PO Box 5392,    Miami, FL 33152-5392
17574235    Encore Receivable Management, Inc.,    400 N Roger Road,    P.O. Box 3330,    Olathe, KS 66063-3330
18037002    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17574236    First Federal Savings Bank,    663 LaSalle Street,    Ottawa, IL 61350
17574237   +Gold’s Gym Franchising LLC,    125 E. John Carpenter Frwy, Suite 1300,    Irving, TX 75062-2366
17574238   +Gold’s Gym International,    125 E. John Carpenter Frwy, Suite 1300,    Irving, TX 75062-2366
17574239   +Golds Gym Franchisee Association,    245 Peachtree Industrial Blvd,    Buford, GA 30518-9126
17574240   +Great America Leasing,    PO Box 609,    Cedar Rapids, IA 52406-0609
17574241   +Great America Leasing Corp.,    625 First Street SE, Suite 800,    Cedar Rapids, IA 52401-2031
17574242   +Harris N.A.,    111 West Monroe Street,    Chicago, IL 60603-4095
17574243   +Healthcare Revenue Recovery Group,    PO Box 189053,    Plantation, FL 33318-9053
17574244   +Helios LLC,    6270 Corporate Drive,    Indianapolis, IN 46278-2942
17574245   +Humana Insurance Company,    1100 Employers Boulevard,    Green Bay, WI 54344-0002
17574246    Illinois Department of Labor,    160 North LaSalle Street,    Suite C-1300,
             Chicago, IL 60601-3150
17574247   +Jeffrey Archambeault,    Tracy Johnson & Wilson,    2801 W Black Road, 2nd Floor,
             Joliet, IL 60435-2702
17574248   +John Lee,    Hinshaw & Culbertson,    222 N LaSalle, Suite 300,    Chicago, IL 60601-1081
17574233   +Ken Dupree,    104 Sunset Strip,    Joliet, IL 60435-6425
17574250   +Lamont Hanley & Assoc., Inc.,    PO Box 179,    Manchester, NH 03105-0179
17574251   +Les Mills,    3675 Commercial Ave,    Northbrook, IL 60062-1822
17574252   +Life Fitness,    5100 N River Road,    Schiller Park, IL 60176-1075
17574253   +Loyola University,    2160 South First Avenue,    Maywood, IL 60153-5500
17574254   +Mahoney, Silverman & Cross, LLC,    822 Infantry Drive, Suite 100,    Joliet, IL 60435-3108
17574255   +Matthew Hunniford & Company,    2705 Highway Avenue,    Highland, IN 46322-1615
17574257   +Meridian Medical Assoc.,    2100 Glenwood Ave.,    Joliet, IL 60435-5487
17574258   +Michael Davis Weis, Esq.,    PO Box 1166,    Northbrook, IL 60065-1166
17574259   +Motionsoft,    PO Box 72609,    Baltimore, MD 21237-8609
17574260   #+Nationwide Credit and Collection, Inc,    815 Commerce Drive, Suite 100,
             Oak Brook, IL 60523-8839
17574229    Nick Dinardo,    1527 N. May St.,    Joliet, IL 60435
17574264   +Omega Plumbing, Inc.,    24144 S. Northern Illinois Drive,    Channahon, IL 60410-5391
17574265   +Optimum Nutrition,    1603 Orrington Ave., Suite 1000,    Evanston, IL 60201-5041
18389040   +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
17574270   +PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
17574271   +PNC Healthcare Finance,    995 Dalton Avenue,    Cincinnati, OH 45203-1100
17574267   +Philadelphia Insurance Companies,    One Bala Plaza,    Bala Cynwyd, PA 19004-1498
17574268   +Pinnacle Recovery Inc.,    PO Box 130848,    Carlsbad, CA 92013-0848
17574269   +Plantation Billing Center,    PO Box 189016,    Plantation, FL 33318-9016
17574272   +Prairie Emergency Services,    305 Westridge,    Joliet, IL 60431-4887
17574273   +Pretzelman Printing Group,    995 Dalton Avenue,    Cincinnati, OH 45203-1101
17574275   +Provena Health,    333 N. Madison St.,    Joliet, IL 60435-8200
17574276    R & D Personal Training,    1527 N. May St.,    Joliet, IL 60435
17574277    Rosman Adjustment Corp.,    P.O. Box 1247,    Northbrook, IL 60065-1247
17574278   +Simmons Perrine Moyer Bergman PLC,    115 Third Street SE, Suite 1200,
             Cedar Rapids, IA 52401-1222
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 4                  Date Rcvd: Oct 04, 2012
                               Form ID: pdf006             Total Noticed: 96

17574263     +Steven Nohns,    1817 Saltonstall Dr.,    Normal, IL 61761-9371
17574280     +Sun Times Media,    495 N. Commons Drive, Suite 200,    Aurora, IL 60504-8295
17574282     +The Hartford Financial,    Services Group,    One Hartford Plaza,    Hartford CT 06155-0001
17574283     +Touch of Nature,    805 Campbell St.,    Joliet, IL 60435-6909
17574284     +Transworld Systems, Inc.,    1375 East Woodfield Road,    #110,    Schaumburg, IL 60173-5423
17574285     +Transworld Systems, Inc.,    2235 Mecury Way,    Suite 275,    Santa Rosa, CA 95407-5463
17574287     +Visual Fitness Planner,    2912 West Pafford,    Fort Worth, TX 76110-5830
17574288     +Voicescapes,    11404 Fieldstone,    Reston, VA 20191-3919
17574289     +Water in Motion,    3675 Commercial Ave.,    Northbrook, IL 60062-1822
17574290     +Weber Road Gym, LLC,    900 Chicago Ave., Suite 104,    Chicago, IL 60642-5410
17574291     +Westport Insurance Corp.,    PO Box 50457,    Sarasota, FL 34232-0303
17574292     +Will County Health Department,    501 Ella Avenue,    Joliet, IL 60433-2700
17574293     +Will County Medical Associates,    2100 Glenwood Avenue,    Joliet, IL 60435-5488

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17574222     +E-mail/Text: citjaxbankruptcy@cit.com Oct 05 2012 00:54:35     CIT Technology Fin Serv, Inc.,
               Attn: Customer Service,    PO Box 550599,    Jacksonville, FL 32255-0599
17574218     +E-mail/Text: cms-bk@cms-collect.com Oct 05 2012 00:59:38     Capital Management Services, Inc.,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
17574221     +E-mail/Text: collections@bluelynxmedia.com Oct 05 2012 03:10:57     Chicago Tribune,
               435 N. Michigan Avenue, TT300,    Chicago, IL 60611-4066
17574225      E-mail/Text: legalcollections@comed.com Oct 05 2012 00:57:04     ComEd Co,
               Attn: Bankruptcy Section/Revenue Manage,    2100 Swift Drive,    Oak Brook, IL 60523-1559
17574224     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Oct 05 2012 01:00:51     Comcast,
               1255 West North Avenue,    Chicago, IL 60642-1562
17574231      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2012 01:10:34     Discover Card,
               P.O. Box 30943,    Salt Lake City, UT 84130
18015328      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2012 01:10:34     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17574256     +E-mail/Text: bknotices@mbandw.com Oct 05 2012 03:11:16     McCarthy, Burgess & Wolff,
               26000 Cannon Boulevard,    Cleveland, OH 44146-1807
17574262     +E-mail/Text: bankrup@nicor.com Oct 05 2012 00:54:08     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
18430194     +E-mail/Text: jvolpe@paychex.com Oct 05 2012 00:59:14     Paychex,    Paul Webb,    1175 John St,
               West Henrietta, NY 14586-9102
17574266     +E-mail/Text: jvolpe@paychex.com Oct 05 2012 00:59:14     Paychex, Inc.,
               1000 E. Warrenville Road, Suite 200,    Naperville, IL 60563-3574
17574279     +E-mail/Text: Carmen.Todd@sba.gov Oct 05 2012 00:58:57     Small Business Administration,
               409 3rd Street, SW,    Washington, DC 20416-0005
17574281     +E-mail/Text: bankruptcynotices@tcfef.com Oct 05 2012 01:00:23     TCF Equipment Finance,
               11100 Wayzata Blvd #801,    Minnetonka, MN 55305-5503
17574286     +E-mail/Text: bankruptcynotices@tcfef.com Oct 05 2012 01:00:23     VGM Financial Services,
               1111 West San Marnan Drive,    Waterloo, IA 50701-9007
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17574214    ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
17574261    ##+New Vision Equipment Leasing,    348 West Main Street,    Marshall, MN 56258-1371
17574274    ##+Provena Health,    2870 Stoner Court,    Suite 300,    North Liberty, IA 52317-8525
                                                                                               TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mrahmoun              Page 3 of 4              Date Rcvd: Oct 04, 2012
                              Form ID: pdf006            Total Noticed: 96
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun            Page 4 of 4            Date Rcvd: Oct 04, 2012
                              Form ID: pdf006           Total Noticed: 96
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2012 at the address(es) listed below:

         Gina  Lavarda    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A. lavarda@chapman.com
         Gregory K Stern    on behalf of Debtor Timothy Zych gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
         Joji  Takada    trustee@takadallc.com,    jtakada@ecf.epiqsystems.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                                                     TOTAL: 4

Case 11-30024   Doc 28   Filed 10/04/12   Entered 10/06/12 23:30:26   Desc Imaged
Certificate of Notice   Page 8 of 8