UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
TIMOTHY J ZYCH § Case No. 11-30024
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BMO Harris Bank N. A. f/k/a Harris N. A. | | | | | |
| 3 | Great America Leasing | | | | | |
| 6 | PNC BANK | | | | | |
| 4 | Costellos Health Dist | | | | | |
| 1 | Discover Bank c/o DB Servicing Corporation | | | | | |
| 2 | FIA Card Services N. A. | | | | | |
| 7 | Paychex | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-30024 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY J ZYCH | | | | Date Filed (f) or Converted (c): | 07/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2011 |
| For Period Ending: | 02/11/2013 | | | | Claims Bar Date: | 02/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 805 DIAMOND HEAD EAST, SHOREWOOD, ILLINOIS 60404 | 360,000.00 | 51,500.00 | | 0.00 | FA |
| 2. CASH | 80.00 | 80.00 | | 0.00 | FA |
| 3. FIRST FEDERAL SAVINGS BANK CHECKING ACCOUNT NO. | 12.17 | 12.17 | | 0.00 | FA |
| 4. CHASE CHECKING ACCOUNT NO. ENDING 8585 (JOINT AC | 3,106.96 | 106.96 | | 0.00 | FA |
| 5. CHASE SAVINGS ACCOUNT NO. ENDING 4172 (JOINT ACC | 116.12 | 116.12 | | 0.00 | FA |
| 6. CHASE UTMA SAVINGS ACCOUNT NO. ENDING 8591 (DEBT | 0.00 | 0.00 | | 0.00 | FA |
| 7. CHASE HIGH SCHOOL CHECKING ACCOUNT NO. ENDING 80 | 0.00 | 0.00 | | 0.00 | FA |
| 8. IDES UNEMPLOYMENT DEBIT ACCOUNT | 902.00 | 902.00 | | 0.00 | FA |
| 9. TV, DESK, COMPUTER, DRESSER, BED, END TABLE, LOV | 1,600.00 | 600.00 | | 0.00 | FA |
| 10. NECESSARY WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING RING | 300.00 | 300.00 | | 0.00 | FA |
| 12. WEIGHT SET, TREADMILL, GOLF CLUBS | 200.00 | 200.00 | | 0.00 | FA |
| 13. PRUDENTIAL UNIVERSAL LIFE INSURANCE POLICY NO. X | 20,252.78 | 0.00 | | 0.00 | FA |
| 14. PRUDENTIAL TERM LIFE INSURANCE POLICY ACCOUNT NO | 0.00 | 0.00 | | 0.00 | FA |
| 15. PRUDENTIAL IRA ANNUITY ACCOUNT NO. XXXX0308 | 48,055.76 | 0.00 | | 0.00 | FA |
| 16. PRUDENTIAL IRA ACCOUNT NO. XXXXXXX0290 | 19,515.04 | 0.00 | | 0.00 | FA |
| 17. FITNESS ENTERPRISES 401K | 1,540.93 | 0.00 | | 0.00 | FA |
| 18. FITNESS ENTERPRISES, INC. - (SHAREHOLDER'S INTER | 0.00 | 0.00 | | 0.00 | FA |
| 19. FITNESS CONCEPTS, LLC (50% MEMBERSHIP INTEREST) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-30024 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TIMOTHY J ZYCH | | | | Date Filed (f) or Converted (c): | 07/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2011 |
| For Period Ending: | 02/11/2013 | | | | Claims Bar Date: | 02/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. PROMISSORY NOTE DATED 3/1/2009 FROM TEAM IMPACT, | Unknown | 30,000.00 | | 3,000.00 | FA |
| 21. 1996 FORD E150 VAN | 1,542.00 | 0.00 | | 0.00 | FA |
| 22. 1/2 TIME SHARE INTEREST AT WESTGATE SMOKY MOUNTA | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 23. BLUEGREEN RESORTS/SOLARA SURFSIDE TIMESHARE (JOI | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $459,823.76 | $84,817.25 | | $3,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/07/11--Telephone conference with R. Larson re: settlement offer of $3,000.00; Debtor requests 60 days for payment
011112--Received partial payment ($2000.00) of settlement amount
121212--TFR and Fee Application approved; Distribution checks cut.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

| | | | |
|---|---|---|---|
| RE PROP # | 1  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9  | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 18 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 19 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 20 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 21 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 22 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 23 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 07/22/2013     Current Projected Date of Final Report (TFR): 07/22/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30024 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: TIMOTHY J ZYCH | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6065 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4749 | Blanket Bond (per case limit): |
| For Period Ending: 02/11/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/12 | 20 | Richard D. Larson Trust Account 363 E. Lincoln Hwy, Suite F Dekald, IL 60115 | Partial payment ($2000.00) of $3000.00 settlement re: $30000.00 note DEPOSIT CHECK #1488 | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,975.00 |
| 02/14/12 | | Transfer to Acct # xxxxxx5767 | Transfer of Funds | 9999-000 | | $1,975.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,000.00 | $2,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $1,975.00 |
| Subtotal | $2,000.00 | $25.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,000.00 | $25.00 |

Page Subtotals: $2,000.00  $2,000.00

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-30024  
Case Name: TIMOTHY J ZYCH  
Taxpayer ID No: XX-XXX4749  
For Period Ending: 02/11/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX5767  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/12 | | Transfer from Acct # xxxxxx6065 | Transfer of Funds | 9999-000 | $1,975.00 | | $1,975.00 |
| 04/13/12 | 20 | Richard D. Larson<br>111 East Elm Street<br>Sycamore, Illinois 60178 | Proceeds from sale<br>Settlement of personal guaranty on business note | 1129-000 | $1,000.00 | | $2,975.00 |
| 11/08/12 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $750.00 | $2,225.00 |
| 11/08/12 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.99 | $2,223.01 |
| 11/08/12 | 1003 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.31 | $2,221.70 |
| 11/08/12 | 1004 | Great America Leasing<br>PO Box 609<br>Cedar Rapids, IA 52406 | Final distribution to claim 3 representing a payment of 0.06 % per court order. | 7100-000 | | $9.89 | $2,211.81 |
| 11/08/12 | 1005 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $0.98 | $2,210.83 |
| 11/08/12 | 1006 | BMO Harris Bank N. A. f/k/a Harris N. A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Final distribution to claim 5 representing a payment of 0.06 % per court order. | 7100-004 | | $2,204.97 | $5.86 |
| 11/08/12 | 1007 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Final distribution to claim 6 representing a payment of 0.06 % per court order. | 7100-000 | | $5.44 | $0.42 |
| 11/08/12 | 1008 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $0.42 | $0.00 |
| 12/19/12 | 1006 | BMO Harris Bank N. A. f/k/a Harris N. A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Final distribution to claim 5 representing a payment of 0.06 % per court order. Reversal | 7100-004 | | ($2,204.97) | $2,204.97 |
| 12/19/12 | 1009 | BMO Harris Bank N. A. f/k/a Harris N. A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Final distribution to claim 5 representing a payment of 0.06 % per court order. Reversal Incorrect amount | 7100-003 | | ($2,024.97) | $4,229.94 |
| 12/19/12 | 1009 | BMO Harris Bank N. A. f/k/a Harris N. A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Final distribution to claim 5 representing a payment of 0.06 % per court order.<br>Reissued check; Original check not received by payee; Payment stopped on original check. | 7100-003 | | $2,024.97 | $2,204.97 |
| | | | Page Subtotals: | | $2,975.00 | $770.03 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30024 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: TIMOTHY J ZYCH | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5767 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4749 | Blanket Bond (per case limit): |
| For Period Ending: 02/11/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/12 | 1010 | BMO Harris Bank N. A. f/k/a Harris N. A. 111 W. Monroe St. Chicago, IL 60603 | Final distribution to claim 5 representing a payment of 0.06 % per court order. Reissuance of distribution check; Original check not received by payee; Stop payment placed on original check. | 7100-000 | | $2,204.97 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $2,975.00 | $2,975.00 |
| Less: Bank Transfers/CD's | $1,975.00 | $0.00 |
| Subtotal | $1,000.00 | $2,975.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,000.00 | $2,975.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*        Page Subtotals:        $0.00        $2,204.97

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5767 - Checking Account | $1,000.00 | $2,975.00 | $0.00 |
| XXXXXX6065 - Checking Account | $2,000.00 | $25.00 | $0.00 |
| | $3,000.00 | $3,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,000.00 |
| Total Gross Receipts: | $3,000.00 |